

RECEIVED
JAN 17 2007
JAN 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Andrameda Rangel )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
v. )
Arnie Bryant Indv. )
Gail Lutz Indv. )
Cook County Clerk of the Court )
(Name of the defendant or defendants) )

07CV292
JUDGE GETTLEMAN
MAG. JUDGE VALDEZ

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Andrameda Rangel** of the county of **Cook** in the state of **Illinois**.

3. The defendant is **Arnie Bryant, gail Lutz, Cook County Clerk of the Circuit Court**, whose street address is **50 West Washington**,
(city) **Chicago** (county) **Cook** (state) **IL** (ZIP) **60602**
(Defendant's telephone number) **(312)-603-4621 or 5030**

4. The plaintiff sought employment or was employed by the defendant at (street address) **50 West Washington** (city) **Chicago** (county) **Cook** (state) **IL** (ZIP code) **60602**

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☑ was employed but is no longer employed by the defendant.

FILED
JANUARY 19, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) April, (day) 30, (year) 2003.
   2003

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____.

   (ii) ☒ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.** It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

   ☒ Yes (month) June (day) 5 (year) 2003   2003
   ☐ No, did not file Complaint of Employment Discrimination

   2. The plaintiff received a Final Agency Decision on (month) 9 (day) 21 (year) 2006.

   c. Attached is a copy of the

      a. Complaint of Employment Discrimination,
         ☒ YES  ☐ NO, but a copy will be filed within 14 days.

      (ii) Final Agency Decision
         ☒ YES  ☐ NO, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a)☐ the United States Equal Employment Opportunity Commission has not issued a

    *Notice of Right to Sue.*

    (b)☒ the United States Equal Employment Opportunity Commission has issued a

    *Notice of Right to Sue*, which was received by the plaintiff on (month) October (day) 21 (year) 2006 a copy of which *Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

    (a)☐ Age (Age Discrimination Employment Act).
    (b)☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
    (d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (f)☐ Religion (Title VII of the Civil Rights Act of 1964)
    (g)☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a)☐ failed to hire the plaintiff.
    (b)☒ terminated the plaintiff's employment.
    (c)☐ failed to promote the plaintiff.

(d)☐ failed to reasonably accommodate the plaintiff's religion.

(e)☐ failed to reasonably accommodate the plaintiff's disabilities.

(f)☐ failed to stop harassment;

(g)☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☐ other (specify):_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

retaliated against plaintiff who relocated to traffic division, refused to investigate matter, when plaintiff requested a second transfer. Management began to unreasonably communicate hostility in the work enviroment. False Allegations were made; Shortly there after Plaintiff Terminated

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES  ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)☒ Direct the defendant to hire the plaintiff.

(b)☒ Direct the defendant to re-employ the plaintiff.

(c)☐ Direct the defendant to promote the plaintiff.

(d)☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): _pay back wages and damages_

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Andrameda Rangel_

(Plaintiff's name) _Andrameda Rangel_

(Plaintiff's street address) _921 S. Lawndale_

(City) _Chicago_ (State) _IL_ (ZIP) _60624_

(Plaintiff's telephone number) _773-569-0000_

Date: _Jan 17th, 2007_

## LOCAL RULES 5.2 — 5.4

### LR5.2. Form of Papers Filed

(a) PAPER AND FONT SIZE. Each document filed shall be flat and unfolded on opaque, unglazed, white paper approximately 8 ½ x 11 inches in size. It shall be plainly written, or typed, or printed, or prepared by means of a duplicating process, without erasures or interlineations which materially deface it. It shall be bound or secured on the top edge of the document. Where the document is typed, line spacing will be at least 1½ lines. Where it is typed or printed, (1) the size of the type in the body of the text shall be 12 points and that in footnotes, no less than 11 points, and (2) the margins, left-hand, right-hand, top, and bottom, shall each be 1 inch.

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>03W0603.07 | AGENCY<br>[X] IDHR<br>[X] EEOC | CHARGE NUMBER<br>2003CF3583 |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr., Ms., Mrs.)<br>ANDRAMEDA M. RANGEL | | HOME TELEPHONE (include area code)<br>773-837-2211 |
|---|---|---|
| STREET ADDRESS<br>921 S LAWNDALE | CITY, STATE AND ZIP CODE<br>CHGO, IL 60624 | DATE OF BIRTH<br>00/00/00 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME<br>COOK COUNTY CLERK OF THE CIRCUIT COURT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code)<br>312 603 5030 |
|---|---|---|
| STREET ADDRESS<br>50 W WASHINGTON | CITY, STATE AND ZIP CODE<br>CHGO, IL 60602 | COUNTY<br>031 |
| NAME | | TELEPHONE (include area code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON:<br>SEX | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>/ /   04/30/2003<br>[ ] CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheet(s))

I.  A.  ISSUE/BASIS

   SEXUAL HARASSMENT - APRIL 30, 2003.

   B.  PRIMA FACIE ALLEGATIONS

   1.  My sex is female.

   2.  On April 30, 2003, Arnie Bryant (male), Supervisor, ordered me to come to the file center to get some files. When I arrived to the file center Bryant pulled out his penis and said, "Suck it or else!" which I refused. On May 15, 2003, I reported Bryant's conduct to Bernadette Freeman (female), Chief Deputy Clerk. Freeman instructed me to file a sexual harassment claim with my chief union

Cont'd...

[X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct

"OFFICIAL SEAL"
[notary seal - illegible]

6/5/03

NOTARY (When necessary for State and Local Requirements)

[signature]

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

SIGNATURE OF COMPLAINANT        DATE
x Andrameda Rangel    6/5/03

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, year)

EEOC FORM 5 (6-00)       FEP9MEE3

Complainant Name: ANDRAMEDA M. RANGEL
Charge Number:
Page 2

    steward. My chief union steward was not available so Respondent arranged for another union steward to take my sexual harassment claim.

3. Instead of investigating my sexual harassment complaint, I was told by Gail Lutz (female), Director of Personnel, to recant my allegations against Mr. Bryant, or risk being discharged.

4. Respondent still has me working in the same office with Bryant. I was also told by Lutz that I would not be given another transfer unless it was out of Respondent's.

5. The sexual harassment by Bryant creates a hostile, intimidating and offensive work environment for me and substantially interferes with my ability to perform my job.

MEE/RCG

EEOC Form 161 (3/98)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Ms. Andrameda M. Rangel<br>921 South Lawndale, Apt. 305<br>Chicago, IL 60624 | From: | EEOC<br>Chicago District Office<br>500 West Madison Street, Suite 2800<br>Chicago, Illinois 60661-2511 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21BA302373 | Nola Smith, State and Local | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

**John P. Rowe, District Director**

SEP 21 2006    *(Date Mailed)*

Enclosure(s)

cc:   **Arnie Bryant and Cook County Clerk of the Circuit Court**